UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JARRELL DEMONT WILLIAMS,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF YAKIMA, ERIC HORBATKO, MARK GROW, SANDRA BESS, TIMOTHY D. COTTERELL, JULIA DAVIS, KEVIN NAUGHT, PAUL KELLEY and 7 UNKNOWN OFFICERS,<br><br>　　　　　　　　Defendants. | NO: 1:17-CV-3131-TOR<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

BEFORE THE COURT is Plaintiff Jarrell Demont Williams' Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a), ECF No. 12. Defendants have not been served in this action. Accordingly, **IT IS ORDERED** Plaintiff's Motion is **GRANTED** and the Complaint is **DISMISSED without prejudice**
ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND
DIRECTING THAT COLLECTION OF THE FILING FEE CEASE ~ 1

1  Plaintiff also filed a document construed as a Motion to Waive Collection of
2  the Remaining Balance of the Filing Fee, ECF No. 13.  For good cause shown, **IT
3  IS ORDERED** Plaintiff's motion is **GRANTED** and the institution having custody
4  of Mr. Williams shall cease collection of the filing fee in this action, cause number
5  1:17-CV-3131-TOR.

6  **IT IS SO ORDERED.**  The Clerk of Court is directed to enter this Order,
7  enter judgment of dismissal without prejudice, forward a copy to Plaintiff, and **close**
8  the file.  The Clerk of Court is further directed to send a copy of this Order to the
9  **Yakima County Jail, Attn: Jail Office Supervisor, 111 N. Front St., Yakima,**
10 **WA 98901,** to forward to the appropriate agency having custody of Plaintiff, and
11 provide a copy of this Order to the Financial Administrator for the United States
12 District Court, Eastern District of Washington.

13      DATED November 9, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND
DIRECTING THAT COLLECTION OF THE FILING FEE CEASE ~ 2